IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN VALENCIA, ET AL. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )  CASE NO. 1:14-cv-307-RBW |
| | ) |
| SCAFFOLD RESOURCES, LLC, ET AL. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF DISMISSAL, WITH PREJUDICE**

All claims alleged in this matter have been fully resolved. Plaintiffs hereby notify this Court that Plaintiffs have dismissed any and all claims brought against Defendants in the above-captioned action with prejudice and with each party to bear its own costs.

DATED this 20th day of October, 2014.

Respectfully submitted,

/s/ Gregg C. Greenberg
Gregg C. Greenberg
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, MD 20910
Phone: (301) 587-9373
Fax: (301) 587-9397
E-Mail: ggreenberg@zagfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

THIS WILL CERTIFY that on this 20th day of October, 2014, a copy of the foregoing was served via ECF on all counsel of record.

/s/ Gregg C. Greenberg
Gregg C. Greenberg

1